UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL
CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom 7D, Seventh Floor, 316 North Robert St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Monday, May 3, 20**10 **@  9:00 A.M.** The cases are listed in the order in which they are expected to be tried.
Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota and the ECF Procedures Guide. Counsel should note in particular Local Rule 39 regarding Trial Practice. Original documents are to be filed on CM/ECF by Wednesday, April 21, 2010. Please submit two copies of all pretrial materials directly to Judge Magnuson's chambers, Room 734 Federal Building, 316 North Robert St., St. Paul, MN 55101 and one directly to Judge Magnusons e-mail box (magnuson_chambers@mnd.uscourts.gov). The proposed trial documents should be submitted in Word Perfect format. Use of this e-mail box does not constitute filing with CM/ECF, nor is it a replacement for filing. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39.

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 700 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: March 22, 2010

*s/Suzanne M. Ruiz*
Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

## CIVIL   TRIAL   CALENDAR   BEFORE   JUDGE   MAGNUSON

| | | | |
|---|---|---|---|
| 1. | Equal Employment Opportunity Commission | | **JURY TRIAL** |
| | v. | Civil 08-5252 PAM/FLN | Re: Employment Discrimination |
| | Minnesota Department of Corrections, et al | | Elot: 2 Weeks |
| | For Plaintiff: Jean Kamp | | 353-7719 (312) |
| | Jessica Palmer-Denig | | 335-4010 (612) |
| | Laurie Vasichek | | 335-4061 (612) |
| | Nicholas Pladson | | 335-4047 (612) |
| | For Defendant: Gary Cunningham | | 757-1427 (651) |
| | Kristyn Anderson | | 757-1225 (651) |
| | Gregg Corwinn | | 544-7774 (952) |
| | Christina Herrera | | |
| | David Krause | | 874-8550 (612) |
| | Ronald Rollins | | |
| | Kathryn Egdahl | | 591-9444 (952) |
| | Ann Walther | | 676-2302 (612) |
| | James Michels | | 676-2300 (612) |
| | Karin Peterson | | |
| | Laurie McCann | | 434-2082 (202) |
| 2. | Wade Swenson, et al | | **JURY TRIAL** |
| | v. | Civil 09-878 PAM/RLE | Re: Personal Injury/Product |
| | ThyssenKrupp Access Corp., et al | | Elot: 1 Week |
| | For Plaintiff: Ashley Wenger | | 333-9500 (612) |
| | Ryan Vettleson | | |
| | For Defendant: John angell | | 305-4539 (612) |
| | Louise Behrendt | | 333-6251 (612) |
| | Stacey Sever | | |
| | Michael Andrews | | 356-6375 (701) |
| | Michael Raum | | 356-6358 (701) |
| | W. Todd Haggart | | 356-6359 (701) |

## CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

3.  Vincent Ofer                                          **COURT TRIAL**

    v.        Civil 09-1402 PAM/JJG                       Re: Truth in Lending

    Ocwen Loan Servicing, LLC, et al                      Elot: 3 Days

    For Plaintiff: Lawrence Moloney                       222-5863 (651)

    For Defendant: Gary Luloff                            339-7300 (612)
                   Karl Cambronne
                   Steven Little                          841-0001 (952)