# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  10-2974
_____

Vincent Ofor

Plaintiff - Appellant

v.

Ocwen Loan Servicing, LLC; Aames Funding Corporation, doing business as Aames Home Loan

Defendants

U.S. Bank, N.A., as a Trustee for the Registered Holders of MASTR Asset Backed Securities Trust

Defendant - Appellee
_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-01402-PAM)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 12, 2011

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans